# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KENDALL WILLIAMS,

         Petitioner

           v.

COMMONWEALTH OF PENNSYLVANIA,

         Respondent

: No. 193 MM 2014
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of January, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.